**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ARC LINK LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOPHOS LIMITED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-00490<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

Plaintiff Arc Link LLC ("Arc Link" or "Plaintiff"), by and through its undersigned counsel, hereby moves this Court for a second extension of time for Defendant Sophos Limited ("Sophos" or "Defendant") to respond to Plaintiff's Complaint. Plaintiff conferred with Defendant, and Defendant consents to this motion. In support of this motion, Plaintiff states as follows:

1. On June 18, 2026, Plaintiff filed the Complaint for patent infringement against Defendant. *See* Dkt. 1.

2. Defendant was served with the Summons and Complaint on or about August 19, 2026. *See* Dkt. 8. Pursuant to FED. R. CIV. P. 12(a)(1)(A)(i), Defendant's deadline to file an answer was originally due on September 9, 2026. *See id.*

3. On September 1, 2026, counsel for Plaintiff filed an unopposed extension of time for Defendant to answer the Complaint. *See id.*

4. The Court granted the requested extension on September 2, 2026, extending Defendants' deadline to answer the Complaint up to and including October 26, 2026.

5. The parties recently conferred and agree that an additional extension of thirty (30) days would help the parties resolve certain issues.

WHEREFORE, Plaintiff respectfully request that this Court enter an Order granting Defendant an extension of time, up to and including November 25, 2026, to respond to Plaintiffs' Complaint, and for such other relief as the Court deems just and proper. A proposed order is attached.

Dated: October 13, 2026

Respectfully submitted,

*/s/ John Andrew Rubino*

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (973) 535-0920
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF ARC LINK LLC***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff and Defendant complied with the meet and confer requirement in Local Rule CV-7(i). This motion is unopposed.

*/s/ John Andrew Rubino*
John Andrew Rubino